**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-03078-RPM

CYNTHIA NWOKE,

      Plaintiff,

v.

HCA-HEALTHONE LLC, d/b/a ROSE MEDICAL CENTER; and
WEST ASSET MANAGEMENT,

      Defendants.

_____

**ORDER DISMISSING CLAIM AGAINST DEFENDANT WEST ASSET MANAGEMENT
WITH PREJUDICE**
_____

Pursuant to the Stipulation of Dismissal with Prejudice [15] filed on January 11, 2011, it is

ORDERED that the claim of plaintiff CYNTHIA NWOKE against defendant WEST ASSET MANAGEMENT, INC. only be, and the same is hereby, dismissed with prejudice, with each party to pay their own attorneys' fees and costs, reserving to plaintiff all her rights, claims, and causes of action against the remaining party named as a defendant in the above-captioned civil action.

DATED: January 12th, 2011

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge