IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-03078-RPM

CYNTHIA NWOKE,

     Plaintiffs,

v.

HCA-HEALTHONE LLC, d/b/a ROSE MEDICAL CENTER,

     Defendant.

---

ORDER FOR REMAND

---

Upon review of Plaintiff's Unopposed Motion to Remand to State Court [17] filed February 7, 2011, it is

ORDERED that the motion is granted and this action is remanded to the County Court of the City and County of Denver, State of Colorado.

Dated:   February 8th, 2011

                                                  BY THE COURT:

                                                s/Richard P. Matsch

                                                _____

                                                Richard P. Matsch, Senior District Judge